Thomas v New York City Tr. Auth. (2025 NY Slip Op 05985)

Thomas v New York City Tr. Auth.

2025 NY Slip Op 05985

Decided on October 29, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 29, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.

PAUL WOOTEN

BARRY E. WARHIT

LOURDES M. VENTURA, JJ.

2023-03549

(Index No. 517316/17)

[*1]Patricia E. Thomas, appellant,

v

New York City Transit Authority, et al., respondents, et al., defendant.

Harris Keenan & Goldfarb, PLLC, New York, NY (Jason Steinberg and Judith F. Stempler of counsel), for appellant.

Anna J. Ervolina, Brooklyn, NY (Theresa A. Frame of counsel), for respondents.

DECISION & ORDER

In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Pamela L. Fisher, J.), dated February 6, 2023. The order denied the plaintiff's motion, in effect, pursuant to CPLR 4404(a) to set aside a jury verdict and for judgment as a matter of law, or, in the alternative, to set aside a jury verdict as contrary to the weight of the evidence and for a new trial.

ORDERED that the appeal is dismissed, without costs or disbursements.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (see CPLR 5501[a][1]; Thomas v New York City Transit Auth., _____ AD3d _____ [Appellate Division Docket No. 2024-04652; decided herewith]).

BRATHWAITE NELSON, J.P., WOOTEN, WARHIT and VENTURA, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court